UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS, | Case No.: 2:21-cv-00915-WBS-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| CHARLES W. PERRY, M.D., INC., a California Professional Corporation, Dba Chrysalis Cosmetics, | |
| Defendants. | |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than **January 18, 2022**, or a joint status report if settlement has not been finalized by that date. The Scheduling Conference is continued to **January 31, 2022 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: October 28, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE